IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| APPLICATION OF | § | MISCELLANEOUS |
| TINSEL GROUP S.A. | § | Action No. _____ |
| FOR AN ORDER DIRECTING | § | |
| DISCOVERY IN AID OF FOREIGN | § | |
| PROCEEDING PURSUANT TO | § | |
| 28 U.S.C. § 1782 | § | |

**ORDER DIRECTING DISCOVERY IN AID OF FOREIGN PROCEEDING PURSUANT TO 28 U.S.C. § 1782**

Now before the Court is the Application of Tinsel Group S.A. for an Order Directing Discovery in Aid of a Foreign Proceeding Pursuant to 28 U.S.C. § 1782. The requirements of 28 U.S.C. § 1782 have been met, and it is, therefore, ORDERED that the Application is GRANTED.

It is FURTHER ORDERED that Tinsel Group S.A. is authorized to take discovery pursuant to Rules 26 and 45 of the Federal Rules of Civil Procedure as outlined in its Application, including serving the subpoenas to Respondents in the form attached to its Application as Exhibit A.

It is FURTHER ORDERED that Respondents are directed to comply with such subpoenas in accordance with the Federal Rules of Civil Procedure.

SIGNED this _____ day of _____, 2013.

_____
United States District Judge