UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| APPLICATION OF TINSEL GROUP, § | |
| S.A. FOR AN ORDER DIRECTING § | MISCELLANEOUS |
| DISCOVERY IN AID OF FOREIGN § | Action No. 4:13-MC-02836 |
| PROCEEDING PURSUANT TO § | |
| 28 U.S.C. § 1782 § | |

## STIPULATION AND ORDER

WHEREAS, on December 5, 2013, Tinsel Group S.A. filed its Application for an Order Directing Discovery in Aid of Foreign Proceeding Pursuant to 28 U.S.C. § 1782.

WHEREAS, on December 18, 2013, this Court signed the Order Directing Discovery in Aid of Foreign Proceedings Pursuant to 28 U.S.C. § 1782.

WHEREAS, by agreement, counsel for Respondents Sentinel Trust Company, LBA, Planck Investments LP, and Mario Loya, Individually and as Trustee of the Nova Trust ("Respondents") received the Subpoenas on December 19, 2013.

WHEREAS, the deadline to file objections to the Subpoenas is currently January 2, 2014.

WHEREAS, the deadline to file for a motion for protection is currently January 13, 2014.

WHEREAS, the parties are in the process of conferring regarding the scope of the Subpoenas.

WHEREAS, the parties have conferred and agreed upon a modification to the deadline to file objections, move for protection or otherwise to respond to the Subpoenas.

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties:

1. Respondents Sentinel Trust Company, LBA, Planck Investments LP, and Mario Loya, Individually and as Trustee of the Nova Trust, shall file objections, move for protection, or otherwise respond to the Subpoenas by January 10, 2014.

Dated:  January 2, 2014.

STIPULATED AND AGREED:

|  |  |
|---|---|
| | Respectfully submitted, |
| OF COUNSEL: | By: */s/ Georgia L. Lucier* |
| | Georgia L. Lucier (#589122) |
| William T. Miller (#1667) | Texas Bar No. 24043523 |
| Texas Bar No. 14122000 | ANDREWS KURTH LLP |
| James Edward Maloney (#1419) | 600 Travis Street, Suite 4200 |
| Texas Bar No. 12881500 | Houston, TX 77002 |
| ANDREWS KURTH LLP | Telephone: (713) 220-4177 |
| 600 Travis, Suite 4200 | Facsimile: (713) 238-7349 |
| Houston, TX  77002 | georgialucier@andrewskurth.com |
| Telephone: (713) 220-4200 | |
| Facsimile: (713) 220-4285 | ATTORNEY-IN-CHARGE FOR |
| williammiller@andrewskurth.com | SENTINEL TRUST COMPANY, LBA, |
| jamesmaloney@andrewskurth.com | AND PLANCK INVESTMENTS LP |

| | |
|---|---|
| OF COUNSEL:<br><br>Keri D. Brown (#1591228)<br>Texas Bar No. 24055223<br>BAKER BOTTS LLP<br>One Shell Plaza<br>910 Louisiana Street<br>Houston, TX 77002 | By: */s/ John W. Porter*<br>John W. Porter (#7892)<br>Texas Bar No. 16149990<br>BAKER BOTTS LLP<br>One Shell Plaza<br>910 Louisiana Street<br>Houston, TX 77002<br>Telephone: (713) 229-1597<br>Facsimile: (713) 229-2797<br>john.porter@bakerbotts.com<br><br>ATTORNEY-IN-CHARGE FOR MARIO LOYA, INDIVIDUALLY AND AS TRUSTEE OF THE NOVA TRUST |
| OF COUNSEL:<br><br>Deborah C. Milner (#971677)<br>Texas Bar No. 24065761<br>VINSON & ELKINS L.L.P.<br>1001 Fannin Street, Suite 2300<br>Houston, Texas 77002<br>Telephone: (713) 758-2932<br>Facsimile: (713) 615-5912<br>cmilner@velaw.com | By: */s/ Patrick W. Mizell*<br>Patrick W. Mizell (#36390)<br>Texas Bar No. 14233980<br>VINSON & ELKINS L.L.P.<br>1001 Fannin Street, Suite 2300<br>Houston, Texas 77002<br>Telephone: (713) 758-2932<br>Facsimile: (713) 615-5912<br>pmizell@velaw.com<br><br>ATTORNEY-IN-CHARGE FOR TINSEL GROUP S.A. |

IT IS SO ORDERED.

Signed: Jan 8, 2014

_____
UNITED STATES DISTRICT JUDGE